UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
**MINUTES - SENTENCING**

Case No. 21-20395-CR-KING        Date: February 9, 2022     Judge James Lawrence King
Defendant: **Demetrie Dawon Carver**        Defense counsel: Kenneth L. Weissman, Esq.
AUSA:   Jevin Gerarde              U.S. Probation: Clara Lyons

**JUDGMENT AND SENTENCE**

|        | YEARS | MONTHS | DAYS | TIME SERVED |
|--------|-------|--------|------|-------------|
| Count I |       |   30   |      |             |

( ) Defendant given credit for time served
( ) CONCURRENT ( ) CONSECUTIVE
(**X**) Assessment $ 100.00
( ) Fine: ( ) none imposed
( ) The court orders restitution
( ) Count remaining dismissed _____
( ) Forfeiture Entered

**(X) SUPERVISED RELEASE**
**( ) PROBATION**

|         | YEARS |
|---------|-------|
| Count I |   3   |

( ) If deported, the defendant shall not re-enter the U.S. without permission of Attorney General
( ) Home confinement for a period of
( ) CONCURRENT ( ) CONSECUTIVE ( ) Employment and Self Employment Restriction
( ) Substance Abuse Treatment  (**X**) Financial Disclosure  (**X**) Permissible Search ( ) Mental Health Treatment   ( ) IRS Cooperation ( ) Related Concerns Restrictions  (**X**) Unpaid Restitution if any;
(**X**) No New Debt Restriction

**CUSTODY**
( ) The defendant remanded to custody of the U.S. Marshal
( ) Defendant released on bond pending appeal
(**X**) The defendant shall surrender for service of sentence on: **April 13, 2022 @ 12:00 Noon**
(**X**) The court recommends:   Designation at a South Florida facility
(**X**) The court recommends participation in a BOP drug/alcohol treatment program during term of incarceration upon evaluation and approval for the program
.           **RIGHT TO AN APPEAL GIVEN OPEN COURT**

- Defense Motion for Downward Departure Hearing held
- The Court finds that the motion be and the same is hereby - **DENIED**

Courtroom Deputy: Joyce M. Saunders
Court Reporter: Dawn Savino